1  BILL LOCKYER
   Attorney General of the State of California
2  ROBERT R. ANDERSON
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  JAMES E. FLYNN
   Supervising Deputy Attorney General
5  MARIA G. CHAN (SBN 192130)
   Deputy Attorney General
6   1300 I Street, Suite 125
    Post Office Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 323-1940
8   Facsimile: (916) 324-5205
    Email: Maria.Chan@doj.ca.gov

   Attorneys for Defendant Hamad
10 SF2004401485

                IN THE UNITED STATES DISTRICT COURT

                FOR THE EASTERN DISTRICT OF CALIFORNIA

                         SACRAMENTO DIVISION

| | |
|---|---|
| **STEVEN A. MARTIN,** | No. CIV S-03-0466 FCD JFM P |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S FIRST REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AND SECOND REQUESTS FOR PRODUCTION OF DOCUMENTS** |
| v. | |
| **CHERYL K. PLILER, et al.,** | |
| Defendant. | |

   Defendant's first request for an extension of time to respond to Plaintiff's First and Second Requests for Production of Documents was considered by the Court, and good cause appearing, Defendant's request is granted.

/////
/////
/////
/////
/////

*Order for Def's First for Extension of Time to Respond
to Plaintiff's First and Second Requests for Production of Documents*

1

1   IT IS HEREBY ORDERED that Defendant shall have until June 4, 2005 to serve

2 Plaintiff with responses to the First Request for Production of Documents and Second Request

3 for Production of Documents.

4 DATED: June 3, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

/mart0466.ext