IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN A. MARTIN,

    Plaintiff,                    No. CIV S-03-0466 FCD JFM P

    vs.

CHERYL K. PLILER, et al.,

    Defendants.               <u>ORDER</u>

_____/

        Plaintiff has filed a motion for an extension of time to conduct discovery in this action. Good cause appearing, IT IS HEREBY ORDERED that within ten days form the date of this order defendant shall file and serve a response to plaintiff's motion.

DATED: July 7, 2005.

                                                /s/ John F. Moulds
                              UNITED STATES MAGISTRATE JUDGE

12;mart0466.discext