IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN A. MARTIN,

    Plaintiff,                  No. CIV S-03-0466 FCD JFM P

    vs.

CHERYL K. PLILER, et al.,

    Defendants.             ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. In light of the parties' various motions to adjust the current scheduling order, all dates in the scheduling order except the date for completion of discovery will be vacated. The dates vacated by this order will be reset as appropriate by subsequent court order. In addition, defendant will by this order be directed to respond to plaintiff's December 21, 2005 request pursuant to Fed. R. Civ. P. 56(f) to postpone consideration of defendant's December 1, 2005 motion for summary judgment.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. The dates for filing dispositive motions, for filing pretrial statements, for pretrial conference, and for jury trial, set in the revised scheduling order filed August 22, 2005, are vacated and will be reset, as appropriate, by subsequent court order; and

1

1       2. Within fourteen days from the date of this order defendant shall file and serve a
2  response to plaintiff's December 21, 2005 Rule 56(f) request.  Plaintiff's reply, if any, shall be
3  filed and serve not later than ten days thereafter.
4  DATED:  January 30, 2006.

                                        UNITED STATES MAGISTRATE JUDGE

12
mart0466.vacsch