IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN A. MARTIN,

    Plaintiff,　　　　　　　　　No. CIV S-03-0466 FCD JFM P

  vs.

CHERYL K. PLILER, et al.,

    Defendants.　　　　　　　　<u>ORDER</u>

_____/

    Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On September 22, 2006, plaintiff filed his fourth request for the appointment of counsel. Plaintiff's previous requests were filed on March 10, 2003, June 13, 2005 and June 16, 2005. All requests were denied. In light of those orders, IT IS HEREBY ORDERED that plaintiff's September 22, 2006 motion for appointment of counsel is denied.

DATED: September 29, 2006.

                                                UNITED STATES MAGISTRATE JUDGE

/mp
mart0466.31thr