IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN A. MARTIN,

    Plaintiff,                    No. CIV S-03-0466 FCD JFM P

    vs.

CHERYL K. PLILER, et al.,

    Defendants.                ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On June 20, 2008, plaintiff filed a request for a court order requiring prison law library staff to copy all of plaintiff's trial exhibits.[1] Good cause appearing, IT IS HEREBY ORDERED that within five days from the date of this order defendant shall file and serve a response to plaintiff's June 20, 2008 request.

DATED: August 5, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

12/mart0466.o

---

[1] Plaintiff styles the request as for an order requiring copies of his "pretrial exhibits." The court construes the request as one for copies of plaintiff's trial exhibits.

1