1

2

3

4

5

6                        IN THE UNITED STATES DISTRICT COURT

7                     FOR THE EASTERN DISTRICT OF CALIFORNIA

8    STEVEN A. MARTIN,

9                 Plaintiff,                    No. CIV S-03-0466 FCD JFM P

10         vs.

11   CHERYL K. PLILER, et al.,

12               Defendants.              ORDER

13   _____/

14         Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to

15   42 U.S.C. § 1983.  On June 20, 2008, plaintiff filed a request for a court order requiring prison

16   law library staff to copy all of plaintiff's trial exhibits.  By order filed August 6, 2008, defendant

17   was directed to respond to plaintiff's request within five days.  On August 12, 2008, defendant

18   filed a request for a two-day extension of time to file a response.  On August 14, 2008, defendant

19   filed a response.  In the response, defendant presents evidence that, inter alia, she received a copy

20   of plaintiff's trial exhibits on July 3, 2008.  Defendant contends that plaintiff's motion is moot.

21   After review of the record, the court finds that plaintiff's June 20, 2008 motion was mooted by

22   defendant's receipt of plaintiff's trial exhibits.

23   /////

24   /////

25   /////

26   /////

1

Good cause appearing, IT IS HEREBY ORDERED that:

1.  Defendant's August 12, 2008 request for extension of time is granted nunc pro tunc;

2.  Defendant's August 14, 2008 response is deemed timely filed; and

3.  Plaintiff's June 20, 2008 request for a court order is denied as moot.

DATED: August 19, 2008.

UNITED STATES MAGISTRATE JUDGE

12
mart0466.o2