UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN A. MARTIN,<br><br>           Plaintiff,<br><br>     v.<br><br>CHERYL K. PLILER, et. al.,<br><br>           Defendant.<br>_____/ | 2:03cv0466  FCD JFM P<br><br><br><br>CASE REASSIGNMENT ORDER |

   Due to the unavailability of the undersigned, I have ascertained whether the United States District Judge Garland E. Burrell, Jr. is available to try the above captioned civil case. Judge Burrell has indicated he is willing to preside over this case. For the stated reason, I request that this case be reassigned to Judge Burrell pursuant to Local Rule, Appendix A(f)(1).

DATED: September 9, 2008

                         /s/ Frank C. Damrell Jr.
                         FRANK C. DAMRELL, Jr.
                         United States District Judge

I accept this reassignment.  If the reassignment is approved by the Chief Judge, all documents thereafter filed shall be denominate 03cv466 GEB JFM P.

The Jury Trial is scheduled for Tuesday, September 16, 2008, at 9:00 a.m. in Courtroom 10.

Dated:  September 10, 2008

```
                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge
```

The reassignment of this case to the Honorable Garland E. Burrell, Jr. is approved.  The Clerk of the Court shall make the appropriate adjustments in the assignment of civil cases to reflect this reassignment.

IT IS SO ORDERED.

**Dated:   September 10, 2008**            _____/s/ Anthony W. Ishii_____
                                           CHIEF UNITED STATES DISTRICT JUDGE