UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

STEVEN A. MARTIN,  )
                                       )   2:03-cv-0466-GEB-JFM-P
        Plaintiff,  )
                                       )   ORDER
    v.  )
                                       )
CHERYL K. PLILER, et al.,  )
                                       )
       Defendants.  )
_____)

        Plaintiff's Motion for Summary Judgment, filed on September 10, 2008 (docket #107), is untimely and, therefore, denied.

Dated: September 15, 2008

*[signature]*

_____
GARLAND E. BURRELL, JR.
United States District Judge