UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
STEVEN A. MARTIN,                )
                                 )    2:03-cv-0466-GEB-JFM-P
          Plaintiff,             )
                                 )    ORDER
     v.                          )
                                 )
CHERYL K. PLILER, et al.,        )
                                 )
          Defendants.            )
_____)
```

Plaintiff's Motion for Summary Judgment, filed on September 10, 2008 (docket #107), is untimely and, therefore, denied.

Dated: September 17, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge