IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN A. MARTIN,

      Plaintiff,                        No. 2:03-cv-0466 GEB JFM (PC)

   vs.

CHERYL K. PLILER, et al.,

      Defendants.                 ORDER

_____/

       Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On September 19, 2008, judgment was entered for defendant following a jury verdict. On October 8, 2008, plaintiff filed a notice of appeal. Plaintiff has included a request for appointment of counsel in his notice of appeal.

       he United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, this court does not find the required exceptional circumstances. Plaintiff's

/////

1

request for the appointment of counsel will therefore be denied without prejudice to its renewal, as appropriate, in the United States Court of Appeals for the Ninth Circuit.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's October 8, 2008 request for the appointment of counsel is denied without prejudice; and

2. The Clerk of the Court is directed to serve a copy of this order on the United States Court of Appeals for the Ninth Circuit..

DATED: November 5, 2008.

UNITED STATES MAGISTRATE JUDGE

12/mp
mart0466.31