UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVEN A. MARTIN, | ) | |
| | ) | 2:03-CV-00466-GEB-JFM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DALE HAMAD, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On September 19, 2008, judgment was entered following a jury verdict in favor of defendant Hamad. Plaintiff filed a notice of appeal on October 8, 2008. On October 30, 2008, plaintiff filed a motion for the production of his jury trial transcripts at government expense, so he can use them in his appeal to the Ninth Circuit. Production of transcripts at government expense for an appellant proceeding in forma pauperis in a civil case is proper if a judge certifies that the appeal is not frivolous and presents a substantial question. 28 U.S.C. § 753(f). Because of the trial record, which includes the jury verdict, I will not issue a certification.

The issue tried was whether Defendant retaliated against Plaintiff in violation of the First Amendment by causing Plaintiff to lose his prison library job because of a grievance Plaintiff submitted. Since I think the trial record shows Plaintiff lost his library position because he refused to stop providing legal services to other inmates during his work in that position, the motion is denied. The Clerk of the Court is directed to serve a copy of this order on the United States Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

Dated: January 20, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge